| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas

**ENTERED**
December 15, 2017
David J. Bradley, Clerk

Jackeline Picasso, §
§
        Plaintiff, §
§
versus §    Civil Action H-17-3253
§
Metropolitan Lloyds Insurance §
Company of Texas, §
§
        Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By January 16, 2018, the parties may move for reinstatement.

3. The conference of January 17, 2018, is cancelled.

4. This court retains jurisdiction to enforce the settlement.

Signed on December 15, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge